IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MISAEL ALO ACOSTA BUSTILLO,<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| v. | § | EP-16-CV-524-PRM |
| | § | |
| PACIFIC SPECIALTY INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

On this day, the Court considered Plaintiff Misael Alo Acosta Bustillo and Defendant Pacific Specialty Insurance Company's "Joint Stipulation of Dismissal" (ECF No. 13) [hereinafter "Stipulation"], filed on February 2, 2017, in the above-captioned cause. Therein, the Parties jointly stipulate to a dismissal of this action with prejudice. Stipulation 1.

Federal Rule of Civil Procedure 41(a)(1)(A) states that a "plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." In this case, all pertinent parties have signed the motion. Stipulation 2. Additionally, the dismissal of a case is without prejudice unless, as here, "the notice or stipulation states otherwise." Fed. R. Civ. P. 41(a)(1)(B). Therefore, the

Court is of the opinion that the above-captioned cause should be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that Plaintiff Misael Alo Acosta Bustillo and Defendant Pacific Specialty Insurance Company's "Joint Stipulation of Dismissal" (ECF No. 13) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the above-captioned cause is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

**IT IS FURTHER ORDERED** that all settings in this matter are **VACATED**.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

FINALLY, **IT IS ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 2 day of February, 2017.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE